NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN CLAY FELTS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5050

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0806, Senior Judge Bohdan A. Futey.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kevin Felts's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

KEVIN FELTS V. US                                              2

                                      FOR THE COURT

                                      /s/ Jan Horbaly
                                      Jan Horbaly
                                      Clerk

s21

ISSUED AS MANDATE: April 24, 2013